IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **2008 RIVER WALCK SALOON, LLC, et al.,** : | |
| Plaintiffs, : | |
| V. : | 3:15-CV-2095 |
| : | (JUDGE MARIANI) |
| **WILLIAM BEARD,** : | |
| Defendant. : | |

## ORDER

**AND NOW, THIS 4th DAY OF OCTOBER, 2017**, upon review of Magistrate Judge Carlson's Report & Recommendation, (Doc. 28), for clear error and manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The Report & Recommendation, (Doc. 28), is **ADOPTED** for the reasons stated therein.

2. Judgment is entered **IN FAVOR** of Plaintiffs and **AGAINST** Defendant in the amount of eleven thousand, one hundred and twenty-two dollars and fifty-one cents ($11,122.51).

3. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Court Judge